# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Frederick Canady ,

        Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                          3:12-cv-00209-RJC

FNU Johnson et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/25/2012 Order.

Signed: June 25, 2012

_____

Frank G. Johns, Clerk
United States District Court